UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SASHA HERNANDEZ, :
        Plaintiff, :
         :
        v. : No. 5:17-cv-05263
         :
EHC ASSOCIATES, INC.; JOHN D. HARTMAN; :
ESMERIDO OLIVA-CHACON; :
MICHEL A. MARQUEZ-PRUNEDA; :
DANIEL L. KYLOR; JORGE L. INTRIAGO; :
ELIONEA CIRILIO, :
        Defendants. :

_____

# **O R D E R**

**AND NOW**, this 19th day of June, 2018, upon consideration of the Motion to Dismiss filed by Defendant Michel Marquez-Pruneda and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    The Motion to Dismiss, ECF No. 15, is **GRANTED**.

    2.    All claims against Defendant Marquez-Pruneda, only, are **DISMISSED**.

    3.    **On or before July 3, 2018**, Plaintiff Sasha Hernandez may file an amended complaint consistent with the Opinion. If Hernandez fails to timely file an amended complaint, the case will proceed on the original Complaint against the other Defendants.

                            BY THE COURT:


                            */s/ Joseph F. Leeson, Jr.*
                            JOSEPH F. LEESON, JR.
                            United States District Judge