UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SASHA HERNANDEZ, :
    Plaintiff, :
 :
v. : No. 5:17-cv-05263
 :
EHC ASSOCIATES, INC.; JOHN D. HARTMAN; :
ESMERIDO OLIVA-CHACON; :
DANIEL L. KYLOR; JORGE L. INTRIAGO; :
ELIONEA CIRILIO, :
    Defendants. :

# O R D E R

**AND NOW**, this 9th day of November, 2018, upon consideration of the Motion for Judgment on the Pleadings, or in the Alternative, Motion to Dismiss filed by Defendant Jorge Intriago, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Judgment on the Pleadings, or in the Alternative, Motion to Dismiss, ECF No. 26, is **GRANTED in part and DENIED in part** as follows:

    A. The Motion for Judgment on the Pleadings is denied.

    B. The Motion to Dismiss is granted.

2. All claims against Defendant Jorge Intriago, only, are **DISMISSED**.

3. **On or before November 16, 2018**, Plaintiff Sasha Hernandez may file an amended complaint consistent with the Opinion.

    A. If Hernandez timely files an amended complaint, Defendants' answer is due on or before November 26, 2019.

    B. If Hernandez fails to timely file an amended complaint, the case will proceed on the original Complaint against the other Defendants.

    BY THE COURT:

    */s/ Joseph F. Leeson, Jr.*
    JOSEPH F. LEESON, JR.
    United States District Judge